AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

United States of America
v.

Dinamae Florancious Wuelleh

*Defendant(s)*

Case No. 2:21-mj-788

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2021__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possesion of Ammunition by a Prohibited Person |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Task Force Officer Chris Majewski
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/09/2021

_____
*Judge's signature*

City and state: Columbus Ohio

Chelsey M. Vascura U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Christopher Majewski, being duly sworn, depose and state that:

I have been a Parole Officer with the Ohio Department of Rehabilitation and Corrections since March 2015 and a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives since February 2017. As a result of my training and experience with the Ohio Department of Rehabilitation and Corrections and the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives, I am familiar with Federal and State criminal laws pertaining to firearms and narcotics violations.

1. This affidavit is made in support of a criminal complaint against Dinamae Florancious Wuelleh for possession of a firearm and/or ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related arrest reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On or about March 19th, 2021, Ohio Adult Parole Authority (APA) Parole Officer Leah Petrof contacted Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force Officer (TFO) Christopher Majewski and informed him of a planned arrest of Dinamae Wuelleh and search of her residence. Wuelleh was going to be arrested for violating the conditions of her supervised release due to making serious threats towards another individual over a mutual romantic partner and that she was suspected of possessing a firearm. The victim of the threats had filed a police report with the Blendon Township Police Department and provided screenshots of the threatening texts made by Wuelleh towards the victim. Officer Petrof requested TFO Majewski's assistance with the arrest and search, due to the allegation of a firearm being involved.

3. APA officers located Wuelleh at her place of employment and placed her into custody without incident. APA officers transported Wuelleh to her APA approved residence of 2232 Perkins Court Columbus, OH 43229. Parole Officer Petrof had questioned Wuelleh if there was anything illegal in the residence, and Wuelleh responded stating there was a firearm in the residence but was unable to describe the make or model of it. Officers made entry and cleared the residence; no occupants were located. Parole Officer Craig Walter initiated a search of the master bedroom closet and discovered a black pistol underneath a stack of clothing. The firearm can be further described as a Hi-Point manufactured, model C9, 9mm, semi-automatic pistol bearing serial number P1863829. The firearm was loaded with one round in the chamber and a magazine containing nine (9) rounds of ammunition. Officers located several items of mail and identification possessing Wuelleh's name and/or address in the master bedroom as well. Wuelleh was transported to the Franklin County Jail and held on the alleged parole violations.

4. On April 7, 2021, ATF Special Agent (SA) Jason Burns determined based on the description of the recovered ammunition, that it was not manufactured in the State of Ohio and would have affected interstate and/or foreign commerce to arrive in Ohio: 1.) RWS-USA (Ruag Ammotec USA, a part of parent company RUAG Ammotec-Switzerland and Germany) manufactured the RWS, 9mm Luger cartridge casings in Florida.

5. Wuelleh is further described as a female, black, 5'07" tall, 153 pounds, with a last known address of 1257 East 17th Avenue, Columbus, Ohio 43211. Wuelleh has at least one or more of the following felony convictions in the Franklin County Court of Common Pleas: 1.) Franklin County Court of Common Pleas: one count of Aggravated Assault (F3) 05CR7300; 2.) Franklin County Court of Common Pleas: Five (5) counts of Aggravated Robbery (F1) and one count of Weapon Under Disability (F3) 10CR2361. Each of these offenses was punishable by a prison term exceeding one (1) year of incarceration.

6. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms violations, your affiant believes that probable cause exists to believe that on or around March 19th, 2021, Dinamae Wuelleh, a previously convicted felon, did possess ammunition which was not manufactured in the State of Ohio and therefore travelled in and/or affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Christopher Majewski, ATF Task Force Officer

Sworn to before me and signed in my presence.

_____    12-9-21
Honorable Chelsey M. Vascura    Date
U.S. Magistrate Judge
Northern District of Ohio